UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. |
| vs. | : | Hon. Mary L. Cooper |
| ANDERSON DELGADO | : | <u>**DETENTION ORDER**</u> |

This matter having been opened to the Court on motion of the United States, by Christopher J. Christie, United States Attorney for the District of New Jersey (David A. Bocian, Assistant United States Attorney, appearing) for an order pursuant to Fed. R. Crim. P. 32.1 and Title 18, United States Code, Sections 3142(e) and 3143(a), detaining defendant Anderson Delgado without bail; the United States Probation Office having petitioned the Court, alleging that defendant Delgado has violated certain conditions of supervised release; David E. Schafer, Esq., appearing on behalf of the defendant; the Court, having considered said petition and the arguments of counsel made at a hearing on August 21, 2008, and for good cause, finds:

1. Pursuant to Fed. R. Crim. P. 32.1 and Title 18, United States Code, Section 3143(a), the defendant has failed to meet his burden of demonstrating by clear and convincing evidence that he is not likely to flee or pose a danger to the safety of any other person or the community if released.

IT IS, therefore, on this 28th day of August, 2008,

ORDERED, pursuant to Title 18, United States Code, Section 3142, that defendant Delgado be committed to the custody of the Attorney General or his authorized

representative pending hearing on the petition alleging violations of the conditions of his supervision; and it is further

ORDERED, that said hearing shall commence on September 12, 2008 at 10:00 a.m.; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Delgado be confined in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that defendant Delgado be afforded reasonable opportunity for private consultations with counsel; and it is further

ORDERED, pursuant to Title 18, United States Code, Section 3142(i), that, upon order of this or any other court of the United States of competent jurisdiction or on request of an attorney for the United States, defendant Delgado shall be delivered to a United States Marshal for the purpose of appearances in connection with court proceedings; and it is further

ORDERED that defendant Delgado is hereby ordered detained pending trial in the above-entitled matter.

_____
HON. MARY L. COOPER
United States District Judge